UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR2035-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS |
| | ) | THE COMPLAINT |
| | ) | |
| PAOLA ANAIS GARCIA-MEDRANO, | ) | |
| | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against Paola Anais Garcia-Medrano, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: September 30, 2013

_____
M. James Lorenz
United States District Court Judge